| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)  HALL, JANET C | 2. Court or Organization  U.S. District Court (D.CT) | 3. Date of Report  4/28/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5. ReportType (check appropriate type)  ○ Nomination    Date  ○ Initial  ◉ Annual  ○ Final | 6. Reporting Period  1/1/2004  to  12/31/2004 |
| 7. Chambers or Office Address  U.S. District Court  915 Lafayette Blvd.  Bridgeport, CT 06604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board Member | Federal Judges Association |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY -4 A 8: 51 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Self-employed lawyer |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

■ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Bar Council | Reception; 4/15/04; New York, NY (food); Dinner; 5/5/04; New York, NY (food) |
| 2. | Federal Judges Association | Meeting; 5/15-5/17/04; Pentagon City, VA (transportation, hotel, meals) |
| 3. | Federal Bar Council | Conference; 11/5-11/7/04; Old Saybrook, CT (lodging, food); Dinner; 11/24/04; New York, NY (food) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

■ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Van Eck Global | A | Dividend | J | T | | | | | |
| 2. State of Israel 12 Yr 5th Indiv. Var Rate Issue Bond(9/1/06) | A | Interest | J | T | | | | | |
| 3. State of Israel Bond - Exp. 1/01/13 | B | Interest | K | T | | | | | |
| 4. UBS Bank USA Deposit Account (Note) | A | Interest | J | T | | | | | |
| 5. Templeton Dragon Fund | A | Dividend | K | T | | | | | |
| 6. Templeton Global Small Cos Growth Fd Cl 1 Mutual Fund | A | Dividend | J | T | | | | | |
| 7. Mutual Qualified FD CL 2 Mutual Series | D | Dividend | M | T | | | | | |
| 8. Chartlinks, L.P. | | None | J | W | | | | | |
| 9. Strips-tprp Pmt on 10.625 2015 T/Bond-8/15/2015 | A | Interest | J | T | | | | | |
| 10. Strips Tint-US Treasury Mat. 11/15/20 | A | Interest | J | T | | | | | |
| 11. Vanguard Windsor II Fund | B | Dividend | L | T | | | | | |
| 12. Templeton Growth Fund Class A | A | Dividend | J | T | | | | | |
| 13. Mutual Discovery Fund CL2 | A | Dividend | K | T | | | | | |
| 14. Husband's P.C. (Note) | G | Distribution | M | W | | | | | |
| 15. Partnership Interest in Whitney-Humphrey Assc. (Note) | A | Distribution | J | Q | | | | | |
| 16. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 17. Cash Value Life Insurance | | None | K | T | | | | | |
| 18. Cash Value Life Insurance | | None | L | T | | | | | |

| 1 Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Aim Weingarten CL.B | | None | K | T | | | | | |
| 20. Franklin Sm Mid Cap Gr Fund Class A | | None | L | T | | | | | |
| 21. Excelsior Value & Rest. | A | Dividend | M | T | Buy | 7/8 | J | | |
| 22. Royce Total Return Fund | B | Dividend | L | T | | | | | |
| 23. Schwab US Treas Money Fund | A | Interest | J | T | | | | | |
| 24. Sound Shore Fund | D | Dividend | M | T | Buy | 12/16 | J | | |
| 25. Gabelli Growth | | None | | | Sold | 11/24 | K | | |
| 26. Thornburg Value Fund CL.A | A | Dividend | L | T | | | | | |
| 27. Westport Sm.Cap.CL.R | | None | L | T | Buy | 7/8 | J | | |
| 28. Schwab Value Advantage Money Fund | A | Dividend | I | T | | | | | |
| 29. Schwab US Treas Money Fund | A | Dividend | J | T | | | | | |
| 30. Oakmark Select | A | Dividend | L | T | | | | | |
| 31. Strong Advisor Small Cap Value Z | D | Dividend | M | T | | | | | |
| 32. Citizens Bank | A | Interest | K | T | | | | | |
| 33. Muhlenkamp Fund | A | Dividend | L | T | Char.Gifts | 12/27 | K | | |
| 34. Oakmark Select Fund | A | Dividend | L | T | | | | | |
| 35. Strong Advisor Small Cap Value Z | D | Dividend | L | T | Char.Gifts | 12/27 | K | | |
| 36. Schwab US Treas | A | Dividend | J | T | | | | | |

| 1 Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,001-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Westport Sm. Cap Class R | | None | L | T | Buy | 12/16 | J | | |
| 38. AMR Corp. | | None | J | T | | | | | |
| 39. Schwab Value Advantage Money Market Fund | A | Dividend | L | T | | | | | |
| 40. Artisan Int'l Small Cap | D | Dividend | M | T | Buy | 8/27 | K | | |
| 41. PBHG Clipper Focus Int'l | B | Dividend | L | T | | | | | |
| 42. Muhlenkamp Fund | A | Dividend | M | T | | | | | |
| 43. Calamos | A | Dividend | M | T | Buy | 12/16 | J | | |
| 44. Third Ave. Real Est. Value Fund | A | Dividend | J | T | | | | | |
| 45. Third Ave. International Value Fund | A | Dividend | J | T | | | | | |
| 46. Buffalo Sm. Cap | D | Dividend | M | T | Buy | 7/8 | K | | |
| 47. Calamos Growth Fund | A | Dividend | M | T | Buy | 7/8 | K | | |
| 48. Excelsior Value & Restr. Fund | A | Dividend | L | T | | | | | |
| 49. Jensen Portfolio | A | Dividend | | | Sold | 11/23 | K | | |
| 50. Vanguard 500 Index Fund | A | Dividend | | | Sold | 11/23 | K | | |
| 51. Vanguard MidCap Fund | | None | | | Sold | 11/23 | L | | |
| 52. T. Rowe Price MidCap | A | Dividend | K | T | | | | | |
| 53. Dodge & Cox Stock Fund | A | Dividend | | | Sold | 11/23 | K | | |
| 54. Royce Total Return | A | Dividend | | | Sold | 11/23 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 56. Ariel Apprec. Fund | A | Dividend | J | T | Buy | 11/24 | J | | |
| 57. T. Rowe Price Cap.App.Fund | A | Dividend | J | T | Buy | 11/24 | J | | |
| 58. Marsico Growth Fund | | None | L | T | Buy | 11/24 | K | | |
| 59. Marsico Growth Fund | | | | | Buy | 12/17 | J | | |
| 60. IShare Ins. MSCI Canada | A | Dividend | K | T | Buy | 11/23 | J | | |
| 61. Fidelity Cash Acct. | A | Interest | K | T | Buy | 9/3 | J | | |
| 62. Schwab US Treas. | A | Dividend | J | T | Buy | 4/16 | J | | |
| 63. Bank of America (X)(Note) | A | Interest | J | T | | | | | |
| 64. Vanguard Global Equity Fund | B | Dividend | K | T | Buy | 11/24 | K | | |
| 65. Vanguard Int'l. Growth Fund | A | Dividend | K | T | Buy | 11/24 | K | | |
| 66. Vanguard Pacific Stock Index Fund | A | Dividend | K | T | Buy | 11/24 | K | | |
| 67. IShares MSCI Brazil Free Index | A | Dividend | K | T | Buy | 11/24 | K | | |
| 68. IShares MSCI CDA Index Fund | A | Dividend | K | T | Buy | 11/24 | K | | |
| 69. IShares TR S&P Latin America | A | Dividend | K | T | Buy | 11/24 | K | | |
| 70. Schwab Bank | A | None | L | T | Buy | 12/31 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report)

Part VII:

Line 4:   Change of name from Paine Webber Money Fund.

Line 14:   Passive income from sub-chapter S corporation.

Line 15:   The appraisal date is 12/20/96.

Line 63:   The asset value rose above the reporting threshold during 2004, and name changed from Fleet Bank.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 4/28/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _April 28, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544